PATRICK DIGNAN AND JACOB WEINER

v.

JAMES H. GILBERT.

*Practice—New Trial—Bill of Exceptions.*

1. A motion for a new trial, and exceptions to the action of the court thereon, must be made a part of the record by a bill of exceptions, or this court can not take notice thereof.

2. A recital by the clerk, upon the record, is no part thereof.

[Opinion filed January 14, 1891.]

APPEAL from the Circuit Court of Cook County; the Hon. RICHARD S. TUTHILL, Judge, presiding.

Mr. W. C. ASAY, for appellants.

Messrs. RICHOLSON, MATSON & PEASE, for appellee.

GARY, J. This is a ridiculous case. There is a paper in it called a bill of exceptions, but there is no exception to anything in it. The clerk has recited upon the record that a motion for a new trial was made and refused, and that the defendants, appellants, excepted; but such recital goes for nothing. The only quarrel is with the finding upon the facts. Foreman v. Johnson, 37 Ill. App. 452.

*Judgment affirmed.*